# UNITED STATES COURT OF APPEALS

# FOR THE FOURTH CIRCUIT

# JUDICIAL COUNCIL

| | | |
|---|---|---|
| In the Matter of the Recall Appointment | * | |
| of Honorable George R. Hodges, | * | |
| United States Bankruptcy Judge for the | * | No. 461 |
| Western District of North Carolina | | |

**O R D E R**

    WHEREAS it has been determined by this Judicial Council that the services of a retired bankruptcy judge are needed for the Fourth Circuit, and

    WHEREAS George R. Hodges has retired from service effective November 17, 2011, and consented to serve as a recalled bankruptcy judge pursuant to the regulations promulgated by the Judicial Conference of the United States,

    IT IS ORDERED pursuant to 28 U.S.C. § 155(b) that George R. Hodges is recalled into service as a United States Bankruptcy Judge to serve in the Western District of North Carolina at Charlotte and Asheville for a term effective November 29, 2022 not to exceed November 29, 2023 on an ad hoc, when-actually-employed basis, not to exceed 60 days, with no request for staff.

    IT IS FURTHER ORDERED THAT George R. Hodges shall receive, in addition to any annuity he is entitled to under the applicable provisions of 28 U.S.C. § 377 or section 2(c) of Pub. L. 100-659 (excluding any offset under 5 U.S.C. § 8440b(b)(8)), an amount equal to the difference between that annuity and the current salary of a full-time bankruptcy judge.

    FOR THE COUNCIL:

Roger L. Gregory
Chief Judge

Date: November 9, 2022