UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

JUDICIAL COUNCIL

| | | |
|---|---|---|
| In the Matter of the Recall Appointment | * | |
| of Honorable George R. Hodges, | * | |
| United States Bankruptcy Judge for the | * | No. 488 |
| Western District of North Carolina | | |

**O R D E R**

WHEREAS it has been determined by the Judicial Council that the services of a retired bankruptcy judge are needed for the Fourth Circuit, and

WHEREAS George R. Hodges has retired from service effective November 17, 2011, and has consented to serve as a recalled bankruptcy judge pursuant to the regulations promulgated by the Judicial Conference of the United States,

IT IS ORDERED pursuant to 28 U.S.C. § 155(b) that George R. Hodges is recalled into service as a United States Bankruptcy Judge to serve in the Western District of North Carolina at Charlotte and Asheville for a term effective December 1, 2024 not to exceed December 1, 2025 on an ad hoc, when-actually employed basis, not to exceed 60 days, with no request for staff.

IT IS FURTHER ORDERED THAT the Honorable George R. Hodges shall receive, in addition to any annuity he is entitled to under the applicable provisions of 28 U.S.C. § 377 or section 2(c) of Pub. L. 100-659 (excluding any offset under 5 U.S.C. § 8440b(b)(7)), an amount equal to the difference between that annuity and the current salary of a full-time bankruptcy judge.

FOR THE COUNCIL:

_____
Albert Diaz
Chief Judge

Date: November 14, 2024